# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) CC21,E1469057; E1469375; E1469058    CourtSmart: CS 02/16/2023    Date: February 16, 2023

Present: The Honorable: __Louise A. LaMothe__ United States Magistrate Judge

| Terry R. Baker | Gregory A. Lesser | | |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

| United States of America v. Rosa Mendez by Zoom | Attorney Present for Defendant: Christy O'Connor |
|---|---|
| ☑ Present ☐ Custody ☐ Bond ☐ Summons | ☑ Present ☐ CJA ☐ Ret'd ☑ DFPD ☐ Not Present |

## PROCEEDINGS HAD ON VIOLATION NOTICE

☑ Defendant arraigned. Informed of charges and rights.
☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.
☑ Attorney appointed __Christy O'Connor__ ☑ DFPD / ☐ PANEL
☐ Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
☑ Defendant enters plea of: ☑ Guilty ☐ Not Guilty ☐ Nolo Contendere
☑ Court accepts plea.
☑ Court orders case continued to: May 18, 2023 at 8:30 AM in Courtroom by Zoom
for a status conference if the fine has not been paid before that date.
☑ Bail is set at $_____ P/R. ☐ Defendant released.
☑ Fine imposed. See separate order re: fine.
☑ On motion of the government, Court orders case dismissed as to citation (s): CC21,E1469057 ; E1469058
☑ Court orders case dismissed.
☐ Court orders defendant participate in Traffic School, complete same by _____
or appear on _____ in Courtroom _____ before _____
☐ The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
☑ Defendant is notified of the right to appeal sentence.
☑ Other  The defendant pleads guilty to VN CC21,E1469375, unauthorized entry onto military premises. The Court orders that the defendant serve a 2 year term of unsupervised probation- no. 4 ( travel restriction is stricken ). Sole special condition that she not enter the premises contained within the demarcated / fenced perimeter of Vandenberg. Fine of $150, S/A $10, P/F $30

cc: AUSA

Terry R. Baker
Deputy Clerk

Time in Court: 25 min